## Cottrell vs. Oliver.

The rule in *State Bank vs. Conway,* 13 *Ark.* 344—and in numerous other cases—again applied.

*Error to Crawford Circuit Court.*

Hon. J. M. Wilson, Circuit Judge.

H. F. Thomason, for plaintiff.

Mr. Justice Compton delivered the opinion of the court.

In this case the issues were submitted to the court, sitting as a jury. Several witnesses were examined, and on the evidence adduced, the court found for Oliver, who was the plaintiff below. The defendant excepted to the finding, took a bill of exceptions, setting out the evidence, and brought error, without having moved for a new trial, or having asked the court to declare any one or more propositions to be the law of the case. There is, therefore, according to the rule in *State Bank vs. Conway,* 13 *Ark.* 344, no question of law legitimately presented for the decision of this court, and the judgment must be affirmed·